UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREA YOUNG, et al., )
)
    Plaintiffs, )
)
v. ) Civil Action No. 1:19-cv-03526 (JEB)
)
ALEX M. AZAR II, et al., )
)
    Defendants. )
)

[JOINT PROPOSED] ORDER

Following the status conference on January 9, 2020, the following schedule is hereby entered:

**January 24, 2020**    Federal Defendants produce the administrative record

**January 28, 2020**    Federal Defendants shall file a Notice setting forth a) whether they believe that the approval of Michigan's work and community engagement requirements is materially different from that of Kentucky's or Arkansas's and b) whether they believe that a D.C. Circuit merits affirmance in the Arkansas case would necessarily bar the work and community engagement requirements here

**February 25, 2020**    Federal Defendants shall file any brief, explaining why a) the approval of Michigan's work and community engagement requirements is materially different and/or b) why even if it is not, other challenged components of the Healthy Michigan Plan should not be struck down in the event the D.C. Circuit affirms this Court's ruling on the Arkansas approval

**March 17, 2020**    Plaintiffs shall file any response

**March 31, 2020**    Federal Defendants shall file any reply

The Government's obligation to Answer the Complaint is hereby stayed until resolution of the above briefing.

It is so ORDERED.

DATED this 14th day of Jan., 2020

Hon. James E. Boasberg
United States District Judge