**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREA YOUNG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:19-cv-03526 (JEB) |
| | ) | |
| XAVIER BECERRA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

In accordance with the Court's January 12, 2024 order, Plaintiffs Andrea Young, et al.; Federal Defendants Xavier Becerra, et al.; and Intervenor Michigan Department of Health and Human Services (collectively, "the parties") respectfully submit the following joint status report:

1. On November 22, 2019, Plaintiffs filed the Complaint in this case, challenging the Federal Defendants' approval of Michigan's request to extend the Healthy Michigan Plan section 1115 Medicaid waiver project. ECF No. 1. On February 20, 2020, the Court granted Intervenor's Motion to Intervene. *See* Min. Order (Feb. 20, 2020).

2. This case has been stayed since April 2, 2020, first due to the COVID-19 public health emergency and then while the parties analyzed the effect of legislation enacted by the State of Michigan on the claims in this case. *See* Min. Order (April 2, 2020); Min. Order (May 12, 2023); Min. Order (June 29, 2023); Min. Order (July 31, 2023); Min. Order (Jan. 12, 2024).

3. On January 12, 2024, the parties informed the Court that the Healthy Michigan Plan section 1115 Medicaid waiver project had expired December 31, 2023, that the only remaining issue in the case was Plaintiffs' claim for fees under the Equal Access to Justice Act

(EAJA), and that Plaintiffs and Federal Defendants were discussing settlement of that claim. ECF No. 34. The Court granted the parties' request to continue the stay until April 12, 2024. *See* Min. Order (Jan. 12, 2024).

4. On April 10, 2024, Plaintiffs and Federal Defendants agreed to settle the EAJA claim. Therefore, no live issues remain before the Court at this time. On April 12, 2024, Plaintiffs will file a motion to dismiss the case.

Dated:  April 12, 2024

Respectfully Submitted,


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MICHELLE BENNETT
Assistant Branch Director

*/s/ Jacob S. Siler*
Jacob S. Siler (DC Bar # 1003383)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 616-8188
Email: Jacob.S.Siler@usdoj.gov

*Counsel for the Federal Defendants*


*/s/ Toni L. Harris*
Toni L. Harris (P63111)
Assistant Attorney General
Michigan Department of Attorney General
Health, Education & Family Services
Division
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603
HarrisT19@michigan.gov

2

*/s/ Philip J. Peisch*
Philip J. Peisch (1005423)
Brown & Peisch PLLC
1225 19th Street, NW
Suite 700
Washington, D.C. 20036
(202) 449-4261
ppeisch@brownandpeisch.com

*Counsel for Intervenor*

*/s/ Jane Perkins*
Jane Perkins
National Health Law Program
1512 E. Franklin St.
Suite 110
Chapel Hill, NC 27510
(919) 968-6308
perkins@healthlaw.org

*Counsel for Plaintiffs*